MICHELE BECKWITH
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Violation Notice Nos.:  Please See Attachment "A" |
|---|---|
| Plaintiff, | |
| IN RE: DISMISSAL OF CASES AND WARRANT/ABSTRACT RECALL | MOTION AND ORDER FOR DISMISSAL OF CASES AND RECALL OF WARRANTS AND/OR ABSTRACTS |

    The United States of America, by and through Michelle Beckwith, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to:  1) Dismiss the cases listed in Attachment "A" (attached hereto and incorporated herein by reference) in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; and 2) Recall any and all warrants and/or abstracts associated with the cases listed in Attachment "A."

/ / /

/ / /

/ / /

/ / /

1  The United States believes that prosecution of the citations is no longer advisable or practicable
2 due to lapse of time or insufficiency of evidence.

3

4 DATED: February 5, 2025          Respectfully submitted,

5          MICHELE BECKWITH
         Acting United States Attorney

6
         By:    /s/ *Jeffrey A. Spivak*
7              JEFFREY A. SPIVAK
             Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that:

1) The cases attached hereto in Attachment "A" are hereby dismissed; and

2) Any outstanding warrants and/or abstracts are hereby recalled.

DATED: February __6__, 2025

---
HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

ATTACHMENT "A"

[Cases to be Dismissed and Warrants Recalled]

|   | ECF Case Number | Defendant Name | Violation |
|---|---|---|---|
| 1 | 1:17-po-00280-SAB | WILLS, KEVIN MATTHEW | 6310149 & 6310150 |
| 2 | 1:18-po-00045-SAB | LEANDRO-ONOFRE, MARCO | 6044536 |
| 3 | 1:18-po-00056-SAB | YRUEGAS, RYAN | 6044513 & 6044514 |
| 4 | 1:18-po-00419-SAB | SLIM, RON | FBEA00ER & FBEA00EQ |
| 5 | 1:19-po-00155-SAB | HOBBS, MICHAEL B | 8108276 & 8108277 |